UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERT C. SLOMA,<br><br>       Plaintiff(s),<br><br>    v.<br><br>LONG ISLAND RAIL ROAD,<br><br>       Defendant(s). | 23 Civ. 10416 (DEH)<br><br>**ORDER** |

DALE E. HO, United States District Judge:

On January 19, 2024, the parties filed a joint status letter and proposed case management plan in advance of the initial pre-trial conference scheduled for January 24, 2024.  *See* Dkt. Nos. 10, 11.  No significant issues were presented in the parties' materials.

It is hereby **ORDERED** that the initial pretrial conference is **CANCELLED**.  If the parties wish to proceed with the conference, they shall promptly file a letter on ECF so the conference can be reinstated on the Court's calendar.  The case management plan and scheduling order will issue separately.

SO ORDERED.

Dated: January 23, 2024
   New York, New York

                       DALE E. HO
                     United States District Judge