UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ROBERT SLOMA,

                    Plaintiff,

        v.                                          23-CV-10416 (DEH)

LONG ISLAND RAILROAD,                               ORDER

                    Defendant.

DALE E. HO, United States District Judge:

    On January 23, 2024, the Court ordered the parties to file a joint status letter by August 28, 2024, in advance of the post-discovery conference scheduled to take place on September 4, 2024. The parties' deadline has passed, and the Court is not in receipt of any submission.

    Accordingly, it is hereby **ORDERED** that the joint status letter shall be due by **September 4, 2024**. The letter shall comply with the Court's Order at ECF No. 12. The post-discovery conference is **ADJOURNED** to **September 11, 2024, at 10:30 a.m. (E.T.)**. The parties shall join the conference by dialing (646) 453 - 4442 and entering the conference ID: 535 506 993, followed by the pound sign (#).

    The parties are on notice that failure to comply with the Court's Orders may result in sanctions.

    SO ORDERED.

Dated:  August 29, 2024
        New York, New York

                                            _____
                                                     DALE E. HO
                                            United States District Judge